UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON CHENG, CRISTINA DIAS, RHONDA SANFILIPO, BRUCE PULEO, ZINA PRUITT, RON ZIMMERMAN, CHERYL SILVERSTEIN, TINA FENG, ROBERT HAKIM, BERNADETTE GRIMES, ELIZABETH GENDRON, ROGER CARTER, MARLENE RUDOLPH, PATRICIA BARLOW, TERESA EDWARDS, ISAAC TORDJMAN, JAMES HETTINGER, DIEU LE, CHRIS BOHN, DANIEL DEWEERDT, CRAIG BOXER, BETTY DENDY, ELIZABETH PERSAK, KRISTI ROCK, JENNIFER CHALAL, JOHN TORRANCE, LENARD SHOEMAKER, MICHAEL MITCHELL, ROBERT SKELTON, JEFFREY JONES, ISABEL MARQUES, PAYAM RASTEGAR, and SYED ABDUL NAFAY, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., and DENSO INTERNATIONAL AMERICA, INC.,<br><br>   Defendants. | Case No: 1:20-cv-00629-WFK-JRC |

**JOINT MOTION BY PLAINTIFFS AND DEFENDANTS TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR CORPORATION, AND DENSO INTERNATIONAL AMERICA, INC. FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND ISSUANCE OF RELATED ORDERS**

Plaintiffs Sharon Cheng, Cristina Dias, Rhonda SanFilipo, Bruce Puleo, Zina Pruitt, Ron Zimmerman, Cheryl Silverstein, Tina Feng, Robert Hakim, Bernadette Grimes, Elizabeth Gendron, Roger Carter, Marlene Rudolph, Patricia Barlow, Teresa Edwards, Issac Tordjman, James Hettinger, Dieu Le, Chris Bohn, Daniel Deweerdt, Craig Boxer, Betty Dendy, Elizabeth

1

Persak, Kristi Rock, Jennifer Chalal, John Torrance, Lenard Shoemaker, Michael Mitchell, Robert Skelton, Jeffrey Jones, Isabel Marques, Payam Rastegar, and Syed Abdul Nafay (collectively referred to as "Plaintiffs"), Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Corporation ("TMC," and collectively with TMNA, "Toyota"), and Denso International America, Inc. ("DIAM", with Plaintiffs, Toyota, and DIAM collectively referred to as the "Parties"), by and through their respective counsel, hereby respectfully request that the Court:

    (1)    preliminarily certify the proposed Class for settlement purposes only;

    (2)    preliminarily approve the settlement memorialized in the Parties' Settlement Agreement dated September 7, 2022, together with all exhibits thereto, filed contemporaneously herewith;

    (3)    approve the notice program and authorizing the dissemination of the notice to the Class;

    (4)    appoint Jeanne Finegan of Kroll Notice Media as the Settlement Notice Administrator;

    (5)    appoint Patrick A. Juneau and Patrick Hron of Juneau David, APLC as the Class Action Settlement Administrator;

    (6)    set a date and procedure for a Fairness Hearing on the proposed settlement;

    (7)    set forth procedures and deadlines for Class Members to file objections to the proposed settlement;

    (8)    set forth procedures and deadlines for Class Members to appear at the Fairness Hearing;

(9) set forth procedures and deadlines for Class Members to request exclusion from the Class;

(10) issue a preliminary injunction;

(11) name as Class Representatives, Sharon Cheng, Cristina Dias, Rhonda SanFilipo, Bruce Puleo, Zina Pruitt, Ron Zimmerman, Cheryl Silverstein, Tina Feng, Robert Hakim, Bernadette Grimes, Elizabeth Gendron, Roger Carter, Marlene Rudolph, Patricia Barlow, Teresa Edwards, Issac Tordjman, James Hettinger, Dieu Le, Chris Bohn, Daniel Deweerdt, Craig Boxer, Betty Dendy, Elizabeth Persak, Kristi Rock, Jennifer Chalal, John Torrance, Lenard Shoemaker, Michael Mitchell, Robert Skelton, Jeffrey Jones, Isabel Marques, Payam Rastegar, and Syed Abdul Nafay;

(12) appoint as Plaintiffs' Class Counsel, W. Daniel "Dee" Miles III and Demet Basar of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; and

(13) issue related relief.

The Parties bring this motion on the grounds that: (a) the proposed settlement is fair, adequate, and reasonable; (b) the proposed forms and methods of notice satisfy due process and are reasonably calculated to reach the Settlement Class Members and apprise them of the essential terms of the Settlement Agreement and their rights with respect thereto; and (c) the proposed settlement class satisfies requirements for class certification of Rules 23(a) and (b)(3).

This motion is based on the contemporaneously-filed memoranda of law in support of preliminary approval submitted separately by Plaintiffs and Defendants; the Declaration of W. Daniel "Dee" Miles, III and Demet Basar, together with all exhibits attached thereto; and all pleadings, records, and papers on file with the Court in this action.

Dated: September 7, 2022

*/s/ John P. Hooper*
John P. Hooper
Eric F. Gladbach
Jessica K. Shook
**KING & SPALDING, LLP**
1185 Avenue of the Americas, 34th Floor
New York, New York 10036-2601
Phone: (212) 556-2100
Email: jhooper@kslaw.com
Email: egladbach@kslaw.com
Email: jshook@kslaw.com

*Counsel for Defendant Toyota Motor North America, Inc. and Toyota Motor Corporation*


*/s/ Joshua E. Abraham*
Joshua E. Abraham
**BUTZEL LONG, P.C.**
477 Madison Avenue, Suite 1230
New York, NY 10022
Phone: 646-245-6710
Email: josh@abrahamesq.com

Daniel R.W. Rustmann (*pro hac vice*)
**BUTZEL LONG, P.C.**
150 W. Jefferson, Suite 100
Detroit, MI 48226
Phone: 313-225-7067
Email: rustmann@butzel.com

Sheldon Klein (*pro hac vice*)
**BUTZEL LONG, P.C.**
41000 Woodward
Stoneridge West Bldg.
Bloomfield Hills, MI 48304
Phone: 248-258-1616
Email: klein@butzel.com

*Counsel for Denso International America, Inc.*

*/s/ W. Daniel "Dee" Miles, III*
W. Daniel "Dee" Miles, III (*pro hac vice*)
Demet Basar
H. Clay Barnett, III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
Dylan Thomas Martin (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Phone: (334) 269-2343
Email: Dee.Miles@BeasleyAllen.com
Email: Demet.basar@BeasleyAllen.com
Email: Clay.Barnett@BeasleyAllen.com
Email: Mitch.Williams@BeasleyAllen.com
Email: Dylan.Martin@BeasleyAllen.com

Jeffrey R. Krinsk
**FINKELSTEIN & KRINSK LLP**
501 West Broadway, Suite 1260
San Diego, CA 92101
Phone: (619) 238-1333
Email: Jrk@classactionlaw.com

Jeffrey J. Corrigan
John A. Macoretta
Jeffrey L. Spector
Diana J. Zinser
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300
Email: jcorrigan@srkattorneys.com
Email: jmacoretta@srkattorneys.com
Email: jspector@srkattorneys.com
Email: dzinser@srkattorneys.com

Malcolm T. Brown
Kate M. McGuire
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016

|  | Phone: (212) 545-4600<br>Email: brown@whafh.com<br>Email: mcguire@whafh.com<br><br>Rachele R. Byrd<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>750 B. Street Suite 1820<br>San Diego, CA<br>Phone: (619) 239-4599<br>Email: byrd@whafh.com<br><br>Jerrod C. Patterson<br>**HAGENS BERMAN SOBOL SHAPIRO, LLP**<br>1301 Second Avenue<br>Suite 2000<br>Seattle, WA 98101<br>Phone: 206−623−7292<br>Email: jerrodp@hbsslaw.com<br><br>*Plaintiffs' Steering Committee* |

*Additional Counsel for Plaintiffs*

Elbert F. Nasis
**FORCHELLI DEEGAN TERRANA LLP**
333 Earle Ovington Boulevard, Suite 1010
Uniondale, NY 11553
Phone: (516) 248-1700

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                     *s/ W. Daniel "Dee" Miles, III*
                                      W. Daniel "Dee" Miles, III